## THE UNITED STATES DISTRICT COURT FOR GEORIGA

Angela Nails,
    Plaintiff,
Vs.                                                Case Number
Leeds gate Townhouse Association LLC,
And Owners Of Leeds Gate Townhouse,
    Defendants,

**CV422 078**

### *COMPLAINT*

The Defendants have cause mental injury to the Plaintiff for over 1 year. The community the Defendants live in are own or rented townhouses. Number 6 has a large dog leaves the dog to roam the outside of the property without the dog being on a leach. Serval times the Defendant owner or renter has left the large dog without proper care of the City ordinance of Savannah rule not to allow any small or large animal to be without a leash it is the owner responsibility to not allow their animal to be at large from the owner without any animal to be on leash such as the Plaintiff problem with this Defendant large Dog on the loose and roaming away from its owner. The Defendants who are owners and renters of the townhomes. Those Defendants does include the Defendant living in Townhome unit 6. The city has found the Defendant to include the Defendant living in unit 6 unity and has given the owner(s) or manager a ticket. The Defendants living in the other townhome unit number other than unit six have been harassing toward the Plaintiff playing music on Sundays and late hours of the night during the weekends and weekdays. The teens come to townhome unit 22 where an older male is living. The visitors have been the majority of young black male from November 2020 till December 2021. The Defendant the owner of the townhome unit 22-gun fire coming from the direction of the home two different occasions fearing the Plaintiff to think the Defendant is warning the community and the gun shots there is a possibility that the bullet would come from the gun to the Plaintiff property. On

several different occasion trash has been town over the fence of the Plaintiff from the direction of townhome unit 22 own by the Defendant. One of the young black males visit the male living in townhome unit 22 the Plaintiff heard the young black male say to the owner of the townhome unit 22 you told me that the person living in the house next to you was not a female. Then on December 11, 2021, another young black male walks by the Plaintiff vehicle while the Plaintiff is sitting in the Plaintiff vehicle the young black male has a lit white T-shirt on firer swing the T-shirt around while the T-shirt is in the young boy hand the fire coming off the T-shirt and the young black male drops the T-shirt in the street before moving the T-shirt away from almost throwing the T-shirt in the yard of the couple across the street in their yard. The young black male left the T-shirt burning in the street and walks away from the T-shirt and walks back to the T-shirt still burning while the young black male attempts to use his foot to put the firer out the young black male was not successful and walks away from the burning T-shirt going to the same townhome unit 22 the young black male has been many times before. The other Defendants living in the townhomes have left out to the townhomes and come into the townhome driving more than the speed limit of 25 miles the Defendants have been driving 30-35 miles driving through the community streets. Time after time during the late evening all the Defendants have been loud daily during the late-night hours coming into the community while name calling making them known as moving in and out of the community roads name calling to the Plaintiff. The Plaintiff has encountered many different people living in the townhomes who have been going to visit Defendants have been racially name calling and those living in the townhomes state they want to fight Ms. Nails the Plaintiff. The Defendant scream Ms. Nails while you're not in the house we going to burn hour house down but not if you get a $400.00 check for the insurance. It is daily that the Defendants have been harassing and habitually stating to fight the

Plaintiff not wanting the Plaintiff to come on the property of the townhomes to drive through the townhomes. The Plaintiff issues with other teens not living in the townhomes or visiting the homes the teens were going on the back of the property of the townhomes crossing into the public housing and few of the Defendants were not happy with the Plaintiff going onto the property grounds of the townhomes to walk through to look at the fence dividing public housing property and the townhome property. One of the black females walked away from the vehicle she was standing to approaching the Plaintiff when the Plaintiff was walking out of the townhomes back to the Plaintiff house.

_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## *DAMAGES*

The damages do not come a Diversity complaint both of the parties live in the same states. The complaint it is a United State Constitutional case. The Subject jurisdiction matter is injury. The injuries are cause to the Plaintiff by complaint. The jurisdiction of this Court is the damages of the Plaintiff. The Plaintiff damages are over Court Jurisdiction amount $75,000.00. The Plaintiff asks the Court for an award for damages in the amount of $600,000.00 for each of the townhouse owners and the Association who are the Defendants.

_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## *DEFENDANT ADDRESS*

The Defendant service address 10710 Leeds gate Road Savannah, Georiga 31406.

_____

ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## **SERVICE ADDRESS**

The Service address United States District Court located 123 Barnard Street Savannah, Georgia 31401. 3,30,2022

---

*Angela Nails*
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

Angela Nails
10708 Egmont Road
Savannah, Ga 31406

United States District Court RECEIVED
121 Barnard Street
Savannah, Ga 31401

U.S. Marshals Ser
Savannah Geor



